```
GEORGE J. CHANOS
Attorney General
EDWARD T. REED
Deputy Attorney General
Nevada State Bar No. 1416
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1216  fax: (775) 684-1108
```

UNITED STATES DISTRICT COURT
STATE OF NEVADA

DEBORAH LISTON,

    Plaintiff,

v.

STATE OF NEVADA, EX REL ITS DIVISION OF INDUSTRIAL RELATIONS,

    Defendants.

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO THE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

Case No. CV –N-05-0236-LRH -VPC

    The Defendants State of Nevada, Ex Rel, Its Division of Industrial Relations, by and through its counsel Attorney General George J. Chanos and Deputy Attorney General Edward T. Reed, and Plaintiff Deborah Liston, by and through her attorney Ian Silverberg, hereby stipulate and agree that the Defendants shall have an extension, to and including September 22, 2006, to file a reply to the opposition to the Motion for Summary Judgment.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | DATED this 7 day of September, 2006. | DATED this 7th day of September, 2006. |
| 2 | GEORGE J. CHANOS |
| 3 | Attorney General |
| 4 | |
| 5 | By: /s/ Edward T. Reed | /s/ Ian Silverberg |
| 6 | EDWARD T. REED | IAN SILVERBERG, ESQ. |
| 7 | Deputy Attorney General | Hardy Law Group |
| 8 | 100 North Carson Street | 96 Winter Street |
| 9 | Carson City, NV 89701 | Reno, Nevada 89503 |
| 10 | (775) 684-1216 |
| 11 | Fax (775) 684-1108 |
| 12 | ATTORNEYS FOR STATE OF NEVADA | ATTORNEY FOR PLAINTIFF |
| 13 | DIVISION OF INDUSTRIAL RELATIONS |

IT IS SO ORDERED.

DATED: September 13, 2006.

_/s/ Larry R. Hicks_
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Nevada Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717

2